# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-1446

———————————————

E. N.,

    Appellant,

v.

FLORIDA STATE HOSPITAL,

    Appellee.

———————————————

On appeal from the Division of Administrative Hearings.
Yolonda Y. Green, Administrative Law Judge.

January 6, 2025

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender; Madelyn June Pendarvis, Megan Lynne Long, and Lori A Willner, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Brandon M. Elyakim, Assistant Attorney General, Tallahassee, for Appellee.